FILED IN
COURT OF CRIMINAL APPEALS

January 22, 2015

ABEL ACOSTA, CLERK

PD-0074-15

PD-0074-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/20/2015 12:38:13 PM
Accepted 1/22/2015 2:55:04 PM
ABEL ACOSTA
CLERK

**Cause No. PD_____**
**No. 12-13-00033-CR (12th COA)**

| | | |
|---|---|---|
| **LARRY JOE SMITH** | § | **IN THE COURT** |
| Petitioner | § | |
| | § | |
| **vs.** | § | **OF CRIMINAL APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | |
| Respondent | § | **FOR THE STATE OF TEXAS** |

### APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A *PRO SE* PETITION FOR DISCRETIONARY REVIEW PURSUANT TO TEX. R. APP. PROC. 68.2(c)

**TO THE HONORABLE COURT:**

Now comes Austin Reeve Jackson, counsel for Petitioner in the Twelfth Court of Appeals in the above entitled and numbered cause, and makes this Motion For Extension of Time to File a *Pro Se* Petition for Discretionary Review, on behalf of Appellant, who is unable to do so, and for good cause shows the following:

**I.**

The Twelfth Court of Appeals returned an opinion affirming Appellant's conviction in this matter on 17 December 2014. *Smith v. State*, 12-13-00033-CR (Tex.App.—Tyler 2014). No Motion for Rehearing was filed in that court. Consequently, a Petition for Discretionary Review, if any, is to be filed by 16 January 2015.

## II.

Although Petitioner was timely notified of his right to pursue a Petition for Discretionary Review, and although that notification included informing Petitioner that he would need to file that petition without representation from undersigned counsel, counsel has nonetheless received today, 20 January, a letter from Mr. Smith indicating he does in fact desire to pursue a PDR and requesting counsel to do so on his behalf. This letter was dated by Mr. Smith 12 January and post-marked 13 January indicating that he was attempting to make some filing prior to the expiration of the 16 January deadline.

Counsel is today again informing Mr. Smith that undersigned counsel cannot represent him in this matter and again discussing with him his right to proceed *pro se* or with retained counsel. Because counsel did not received Mr. Smith's letter until after the 16 January deadline had run, and because, therefore, no repose could be make before the 16th, counsel would respectfully request on behalf of Mr. Smith and extension of thirty days for him to file a PDR should he still desire to do so.

**WHEREFORE, PREMISES CONSIDERED**, undersigned counsel respectfully prays that, in accordance with the applicable law, the Court grant this Motion and extend the time by which to have a Petition for Discretionary Review filed by thirty days.

Respectfully submitted,

/s/Austin Reeve Jackson
Texas Bar No. 24046139
JLawAppeals@gmail.com
112 East Line, Suite 310
Tyler, TX 75702
Telephone: (903) 595-6070
Facsimile: (866) 387-0152

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for the State by facsimile concurrently with its filing.

/s/Austin Reeve Jackson